1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE
9                   EASTERN DISTRICT OF CALIFORNIA
10
11   GUSTAVO VILLEGAS,                    1:07-cv-00230 AWI DLB (HC)
12            Petitioner,
                                          ORDER GRANTING EXTENSION OF
13   vs.                                  TIME TO FILE TRAVERSE
14   KATHY MENDOZA-POWERS,                (DOCUMENT #9)
15            Respondent.
     _____/
16
17        Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.
18   § 2254.  On August 22, 2007, petitioner filed a motion to extend time to file a traverse.  Good
19   cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS
20   HEREBY ORDERED that:
21        Petitioner  is granted thirty days from the date of service of this order in which to file a
22   traverse.
23
24
25
26        IT IS SO ORDERED.
27   Dated:    September 5, 2007          _____/s/ Dennis L. Beck_____
                                          UNITED STATES MAGISTRATE JUDGE
28